**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Dalton BABINEAUX, Defendant–Appellee.**

No. 01–40601.

United States Court of Appeals, Fifth Circuit.

Sept. 1, 2004.

Robert Lavelle Hobbs, Assistant U.S. Attorney, Beaumont, TX, for Plaintiff–Appellee.

Amy R Blalock, Assistant Federal Public Defender, Denise S Benson, Assistant Federal Public Defender, Tyler, TX, for Defendant–Appellant.

Before REAVLEY, JONES and DENNIS, Circuit Judges.

REAVLEY, Circuit Judge: *

Dalton Babineaux appeals from his sentence for possession with intent to distribute crack cocaine in violation of 21 U.S.C. § 841(a)(1). Babineaux argues that the district court erred in denying his motion for a downward departure based upon its mistaken assumption that it did not have the authority to grant a departure.

The record does not show that the district court misunderstood the scope of its authority to depart downward. Therefore, this court does not have the jurisdiction to review the district court's decision to decline to grant a downward departure. *See United States v. Buck,* 324 F.3d 786, 798 (5th Cir.2003).

APPEAL DISMISSED.

---

\* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.